# United States District Court
## For The Western District of North Carolina
## Statesville Division

FILED
STATESVILLE, N.C.
JUL 2 5 2005
U.S. DISTRICT COURT
W. DIST. OF NC

RIGOBERTO JOHN TEASLEY,

    Plaintiff(s),

vs.

EDGAR BARNETTE AND
ROBERT WORLEY,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:05CV23-3-MU

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 25, 2005, Order.

July 25, 2005

FRANK G. JOHNS, CLERK

BY: *Carolyn B. Bouchard*

Carolyn Bouchard, Deputy Clerk